**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 204 MAL 2023

           Respondent                 :

                                         :    Petition for Allowance of Appeal
                                         :    from the Order of the Superior Court

           v.                          :

                                         :

NICHOLAS ALEXANDER FORMAN,       :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.